MICHAEL A. FOLEY, Respondent, *v.* THE SOLVAY
PROCESS COMPANY, Appellant.

*Foley* v. *Solvay Process Co.*, 151 App. Div. 902, affirmed.
(Argued May 5, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered June 4, 1912, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant, his
employer.

*Louis L. Waters* for appellant.

*A. Lee Olmsted* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.